FILED
CLERK, U.S. DISTRICT COURT

MAY 15 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

EUSEBIO ALVAREZ,                    )  NO. CV 07-7468-VBF(E)
                                    )
                    Petitioner,     )
                                    )
          v.                        )  JUDGMENT
                                    )
DEBRA DEXTER, Warden,               )
                                    )
                    Respondent.     )
_____)


     Pursuant to the Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge, *


     IT IS ADJUDGED that the Petition is denied and dismissed
with prejudice.


          DATED: _____May 14_____, 2008.


                    _____
                    VALERIE BAKER FAIRBANK
                    UNITED STATES DISTRICT JUDGE

* Referring to the Magistrate Judge's Report, page 6,
This court would note the following case to
be considered with the case of U.S. v Kelm 827 F2d 1319:
U.S. v. Heredia 483 F3d 913, 920 (9th Cir 2007)